# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA L. SALAZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-13-878-F |
| ) | |
| CAROLYN COLVIN, ACTING ) | |
| COMMISSIONER, SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 9, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, recommending that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income be affirmed.

Plaintiff has timely objected to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Goodwin in regard to plaintiff's claims of error. The court finds plaintiff's objections to Report and Recommendation be without merit. Thus, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on September 9, 2014 (doc. no. 12) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn Colvin, Acting Commissioner of the Social Security Administration, denying

plaintiff, Teresa L. Salazar's applications for disability insurance benefits and supplemental security income is **AFFIRMED**. Judgment shall issue forthwith.

DATED September 18, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0878p002.wpd